EXHIBIT "A"

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

CUMBERLAND County

For Prothonotary Use Only:

Docket No: 2017-07617

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

**Lead Plaintiff's Name:** Darrin Neuer

**Lead Defendant's Name:** Thomas J. Arthur, et. al.

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

**Name of Plaintiff/Appellant's Attorney:** Thomas A. Archer, Esquire

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☒ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

Mette, Evans and Woodside
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com

2017-07617-0000 F#1186800 Fee:$115.75
WRIT OF SUMMONS
Rcpt 2017-112-01618  7/27/2017 10:23:02 AM
David D. Buell, County Prothonotary

DARRIN NEUER,
250 North 1st Street, Unit 311
Burbank, CA 91502,

    Plaintiff,

v.

THOMAS J. ARTHUR,
3663 Monroe Street
Napoleon, IN 47034,

and

BILLMAN TRUCKING, INC.,
9045 East State Road 48
New Point, IN 47263,

    Defendants.

: IN THE COURT OF COMMON PLEAS
: CUMBERLAND COUNTY, PENNSYLVANIA
:
: DOCKET NO.: 2017-07617 CIVIL
:
: CIVIL ACTION – LAW AND EQUITY
:
: JURY TRIAL DEMANDED

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

Please issue Writ of Summons in the above-captioned action.

X Writ of Summons shall be issued and forwarded to Attorney Thomas A. Archer

Mette, Evans and Woodside
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000

_____
Signature of Attorney

Supreme Court ID No. 73293

Date: July 14, 2017

# WRIT OF SUMMONS

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.

_David D Buell_
Prothonotary

Date: _July 27, 2017_      by _Eeca Mamt_
Deputy

( ) Check here if reverse is issued for additional information.

EXHIBIT "B"

**Mette, Evans and Woodside**
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com



2017-07617-0001 F#1191068 Fee:$0.00
AFFIDAVIT OF SERVICE

Rcpt: Z151795  8/22/2017 10:55:12 AM
David D. Buell, County Prothonotary

| | |
|---|---|
| DARRIN NEUER, | IN THE COURT OF COMMON PLEAS |
| | CUMBERLAND COUNTY, PENNSYLVANIA |
| Plaintiff, | |
| | DOCKET NO.: 2017-07617-Civil |
| v. | |
| | CIVIL ACTION – LAW AND EQUITY |
| THOMAS J. ARTHUR, and BILLMAN TRUCKING, INC., | |
| | JURY TRIAL DEMANDED |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, Thomas A. Archer, Esquire, attorney for Plaintiff, Darrin Neuer, do hereby declare as follows:

1. I am attorney for Plaintiff and I am authorized to make this Affidavit.

2. A copy of the Writ of Summons was mailed to Defendant's, Billman Trucking, Inc., last known address of 9045 East State Road 48, New Point, IN 47263, via first-class mail and certified mail, return receipt requested on July 28, 2017. The certified mail was delivered and signed for on July 31, 2017. A copy of the executed green card is attached hereto as Exhibit "A."

3. A copy of the Writ of Summons was mailed to Defendant's, Thomas J. Arthur, last known address of 3663 Monroe Street, Napoleon, IN 47034, via first-class mail and certified mail, return receipt requested on July 28, 2017. The certified mail was returned as undeliverable on August 4, 2017.

4. An Accurint search for Defendant, Thomas J. Arthur, was performed on August 4, 2017, which revealed a current address for Defendant, Thomas J. Arthur, of 3663 West Monroe,

Napoleon, IN 47034.

5. A copy of the Writ of Summons was mailed to Defendant's, Thomas J. Arthur, most recent address of 3663 West Monroe, Napoleon, IN 47034, on August 4, 2017, via first-class mail and certified mail, return receipt requested on August 4, 2017. The certified mail was delivered and signed for. A copy of the executed green card is attached hereto as Exhibit "B."

Respectfully submitted:

METTE, EVANS AND WOODSIDE

Dated: August 15, 2017

By: _____
Thomas A. Archer, Esquire
Attorney ID: 73293
3401 N. Front Street
Harrisburg, PA 17110
(717) 232-5000
(717) 236-1816 (fax)
taarcher@mette.com
*Attorney for Plaintiff*

Sworn and subscribed before me
on this 18th day of August, 2017.

_____
Notary Public

My commission expires 6/29/19.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JESSICA R PORTER
Notary Public
SUSQUEHANNA TWP, DAUPHIN COUNTY
My Commission Expires Jun 29, 2019

2

Exhibit A

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas J. Arthur
3663 West Monroe
Napoleon, IN 47034

9590 9402 2730 6351 0915 26

2. Article Number (Transfer from service label)

9489 0090 0027 6011 6158 26

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
T. Arthur

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit B

Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billman Trucking, Inc.
9045 East State Road, 48
New Point, IN 47263

9590 9402 2730 6351 0915 71

2. Article Number (Transfer from service label)

9489 0090 0027 6011 6158 95

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Freda J. Kegley
☐ Agent
☒ Addressee

B. Received by (Printed Name)
Freda J. Kegley

C. Date of Delivery
7-31-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the foregoing Affidavit of Service upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Billman Trucking, Inc.
9045 East State Road 48
New Point, IN 47263
*Pro Se Defendant*

Thomas J. Arthur
3663 West Monroe
Napoleon, IN 47034
*Pro Se Defendant*

Date: August 18, 2017

_____
Jessica R. Porter, Paralegal to Thomas A. Archer, Esquire

1104344v1

3