

17-CV-1547



Office of the Prothonotary
Cumberland County, Pennsylvania

*David D. Buell*
*Prothonotary*



FILED
HARRISBURG, PA
SEP 0 5 2017

Darrin Neuer

Vs.                                    Case No. 2017-07617 Civil Term

Thomas J. Arthur
Billman Trucking, Inc.

CASE TRANSFERRED TO

Middle District Court of Pennsylvania
Civil Division  Federal Building
228 Walnut St., PO Box 983
Harrisburg, PA 17108

Please acknowledge receipt of this case by signing and dating this document.
Please send this back to:

**PROTHONOTARY OFFICE**
**CUMBERLAND COUNTY COURTHOUSE**
**ONE COURTHOUSE SQUARE**
**SUITE 100**
**CARLISLE, PA  17013**
**Attn: Laura**

Thanks,
Laura

Record received:          Date: 9|5|17

Print signature & title: _Victoria Edieblute_

Victoria Edieblute, Deputy Clerk

Please read the instructions located at https://www.ccpa.net/3805/Searchable-Civil-Records before proceeding.

Case #2017-07617

| | |
|---|---|
| Case Number | 2017-07617 |
| Commencement Date | 7/27/2017 10:23:02 AM |
| Case Type | WRIT OF SUMMONS |
| PFA Number | |
| Caption Plaintiff | NEUER, DARRIN |
| Caption Defendant | ARTHUR, THOMAS J |
| Judgment Indicator | No |
| Judge | |
| Parcel Number | |
| Remarks | PRAECIPE FOR WRIT OF SUMMONS - BY THOMAS A ARCHER ATTY FOR PLFF |
| Disposition | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| NEUER, DARRIN | 250 NORTH 1ST STREET UNIT 311 BURBANK, CA 91502 UNITED STATES | US | ARCHER, THOMAS A | Yes | 1 | |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| ARTHUR, THOMAS J | 3663 MONROE STREET NAPOLEON, IN 74034 UNITED STATES | US | Campbell, John M. | Yes | 1 | |
| BILLMAN TRUCKING INC | 9405 EAST STATE ROAD 48 NEW POINT, IN 47263 UNITED STATES | US | Campbell, John M. | Yes | 2 | |

## Docket Entries

| Sequence | | Filing Date | Docket Type | Docket Text | Filing ID |
|---|---|---|---|---|---|
| 0 | | 7/27/2017 10:23:02 AM | WRIT OF SUMMONS | PRAECIPE FOR WRIT OF SUMMONS - BY THOMAS A ARCHER ATTY FOR PLFF | 1186800 |
| 1 | | 8/22/2017 10:55:12 AM | AFFIDAVIT OF SERVICE | SERVED WRIT OF SUMMONS UPON DEFTS - BY THOMAS A ARCHER ATTY FOR PLFF | 1191068 |
| 2 | E | 8/29/2017 2:18:16 PM | NOTICE OF REMOVAL | BY JOHN M CAMPBELL ATTY FOR DEFTS | 1192422 |
| 3 | E | 8/29/2017 3:29:06 PM | PRAECIPE TO ENTER APPEARANCE | BY JOHN M CAMPBELL ATTY FOR DEFTS | 1192457 |
| 4 | E | 8/29/2017 3:30:26 PM | DEMAND FOR JURY TRIAL | BY JOHN M CAMPBELL ATTY FOR DEFTS | 1192459 |
| 5 | E | 8/30/2017 4:58:24 PM | NOTICE OF REMOVAL | TO US DIST COURT FOR THE MIDDLE DIST - BY JOHN M CAMPBELL ATTY FOR DEFTS | 1192738 |
| 6 | | 8/31/2017 4:00:52 PM | CASE TRANSFERRED | TO UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PA | 1192937 |

## Notes

| Date | Entered By | Note |
|---|---|---|
| | | |

| Date | Entered By | Note |
|------|-----------|------|
| 8/30/2017 | CCPA\DBRETZ | ATTY CAMPBELL CALLED THIS MORNING TO STOP THE NOTICE OF APPEAL TO MIDDLE DIST COURT THAT WAS E-FILED 8/29/17. PUT THE FILING BACK IN THE FOLDER. THEY WILL REFILE WHEN READY. |

## Fee History

| Date | Receipt | Description | Amount |
|------|---------|-------------|--------|
| 7/27/2017 | 2017-112-01618 | FILING 2017-07617-0000: WRIT OF SUMMONS | $115.75 |

## Transaction History

| Date | Receipt Number | Amount |
|------|----------------|--------|
| 7/27/2017 10:32:17 AM | 2017-112-01618 | $115.75 |

TRUE COPY FROM RECORD
In Testimony whereof, I here unto set my hand
and the seal of said Court at Carlisle, Pa.
This _31st_ day of _August_, 20 _17_
_Jomas Campbell_ C.of Prothonotary

**YOST & TRETTA, LLP**
BY: JOHN M. CAMPBELL
    MICHAEL F. KERNOSCHAK
IDENTIFICATION NO. 53349/85889
Two Penn Center Plaza
Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 972-6600

ATTORNEYS FOR: Defendants, Thomas J. Arthur and Billman Trucking, Inc.

| | | |
|---|---|---|
| DARRIN NEUER | : | COURT OF COMMON PLEAS |
| | : | CUMBERLAND COUNTY |
| v. | : | |
| | : | CIVIL ACTION |
| THOMAS J. ARTHUR and | : | |
| BILLMAN TRUCKING, INC. | : | NO. 2017-07617 |

<u>**NOTICE OF REMOVAL**</u>

To:   Prothonotary of the
      Court of Common Pleas of
      Cumberland County

     Pursuant to 28 U.S.C. §1446(d), defendants, Thomas J. Arthur and Billman Trucking, Inc., by and through their attorneys, Yost & Tretta, LLP, hereby file a copy of the Notice of Removal filed by the defendants in the United States District Court for the Middle District of Pennsylvania on August 29, 2017.

                Respectfully submitted,

                **YOST & TRETTA, LLP**

BY: _____
      John M. Campbell
      Michael F. Kernoschak
      Attorneys for Defendants,
      Thomas J. Arthur and Billman
      Trucking, Inc.

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Darrin Neuer

### DEFENDANTS

Thomas J. Arthur and Billman Trucking, Inc.

**(b)** County of Residence of First Listed Plaintiff   Los Angeles County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Ripley (Indiana)
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas A. Archer; Metto, Evans and Woodside
3401 North Front St., P.O. Box 5950
Harrisburg, PA 17110;717-231-5235

Attorneys *(If Known)*
John M. Campbell/Michael F. Kernoschak, Yost & Tretta, LLP
Two Penn Center Plaza, Ste. 610, 1500 JFK Blvd.
Philadelphia, PA 19101, 215-972-6600

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1332, 1441 and 1446

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____   DOCKET NUMBER _____

DATE   8-29-17

SIGNATURE OF ATTORNEY OF RECORD   *John M. Campbell*

**FOR OFFICE USE ONLY**

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRIN NEUER                           :
                                       :
            v.                         :
                                       :
THOMAS J. ARTHUR and                   :
BILLMAN TRUCKING, INC.                 :      NO.

### NOTICE OF REMOVAL

**TO:**   The United States District Court
          for the Middle District of Pennsylvania

        Defendants, Thomas J. Arthur and Billman Trucking, Inc., by and
through their attorneys, Yost & Tretta, LLP, hereby file the within
Notice of Removal of the above-captioned matter from the Cumberland
County Court of Common Pleas in which it is now pending, to the
United States District Court for the Middle District of
Pennsylvania, and in support thereof, aver as follows:

        1.    This action was commenced by Writ of Summons filed in the
Cumberland County Court of Common Pleas, No. 2017-07617.  A copy of
the Writ of Summons is attached hereto, made a part hereof, and
marked as Exhibit "A."

        2.    On July 31, 2017, plaintiff's Writ of Summons was served
upon defendant, Billman Trucking, Inc., via First Class mail and
certified mail, return receipt.  A copy of plaintiff's Affidavit of
Service is attached hereto, made a part hereof, and marked as
Exhibit "B."

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

3.   On August 4, 2017, plaintiff's Writ of Summons was served upon defendant, Thomas J. Arthur, via First Class mail and certified mail, return receipt.  See Exhibit "B."

4.   At all times relevant to this action, plaintiff was an adult individual and citizen of the state of California, residing at 250 North 1st Street, Unit 311, Burbank, CA 91502.  See Exhibit "A."

5.   At all times relevant to this action, defendant, Thomas J. Arthur, was an adult individual and a citizen of the state of Indiana, residing at 3663 West Monroe Street, Napoleon, Indiana. See Exhibit "A."

6.   At all times relevant to this action, defendant, Billman Trucking, Inc., was an Indiana corporation with its principal place of business located at 9405 East State Road 48, New Point, IN 47263. See Exhibit "A."

7.   Thus, complete diversity of citizenship exists among the parties.

8.   Upon information and belief, the value of the matter in controversy exceeds the amount of $75,000.00, exclusive of interest and costs.

9.   Accordingly, because diversity of citizenship exists and the amount in controversy exceeds $75,000.00 exclusive of interest and costs, original jurisdiction exists in the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. Sec. 1332.

10.   Copies of all process, pleadings and Orders which have been received by the defendants are filed herewith.

11.   This Notice is timely, having been filed within thirty (30) days of service upon the defendant, Billman Trucking, Inc., with a copy of the Writ of Summons filed by the plaintiff by which this action was commenced.

WHEREFORE, notice is given that this action is removed from the Cumberland County Court of Common Pleas to the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,

**YOST & TRETTA LLP**

BY: _John M. Campbell_

John M. Campbell (JC1088)
Attorney for Defendants,
Thomas J. Arthur and Billman
Trucking, Inc.
Two Penn Center Plaza, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
(215) 972-6600

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THERESA WALLS                    :
                                 :
              v.                 :
                                 :
ERIC CHEVALIER, ATLAS LEASING    :
COMPANY and TAK TRUCKING INC.    :      NO.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Notice of Removal was served upon counsel via First Class Mail on August 30, 2017:

> Thomas A. Archer, Esquire
> Mette, Evans and Woodside
> 3401 North Front Street
> P.O. Box 5950
> Harrisburg, PA 17110

Dated: _8/29/17_

YOST & TRETTA LLP

BY: _John M. Campbell_

John M. Campbell (JC1088)
Attorney for Defendants,
Thomas J. Arthur and Billman
Trucking, Inc.
Two Penn Center Plaza, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
(215) 972-6600

-4-

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

# EXHIBIT "A"

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**
CUMBERLAND _____ **County**

| *For Prothonotary Use Only:* | *TIME STAMP* |
|---|---|
| Docket No: 2017- 07617 | |

*The information collected on this form is used solely for court administration purposes This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
☐ Complaint   ☒ Writ of Summons   ☐ Petition
☐ Transfer from Another Jurisdiction   ☐ Declaration of Taking

| Lead Plaintiff's Name: Darrin Neuer | Lead Defendant's Name: Thomas J. Arthur, et. al. |
|---|---|
| **Are money damages requested?** ☒ Yes  ☐ No | Dollar Amount Requested: (check one)  ☐ within arbitration limits  ☒ outside arbitration limits |
| **Is this a *Class Action Suit*?** ☐ Yes  ☒ No | **Is this an *MDJ Appeal*?** ☐ Yes  ☒ No |

Name of Plaintiff/Appellant's Attorney   Thomas A. Archer, Esquire
☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE.* If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
☐ Intentional
☐ Malicious Prosecution
☒ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability *(does not include mass tort)*
☐ Slander/Libel/ Defamation
☐ Other:

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort - DES
☐ Toxic Tort - Implant
☐ Toxic Waste
☐ Other:

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other

☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other

☐ Other:

**REAL PROPERTY**
☐ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☐ Landlord/Tenant Dispute
☐ Mortgage Foreclosure: Residential
☐ Mortgage Foreclosure: Commercial
☐ Partition
☐ Quiet Title
☐ Other:

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☐ Dept. of Transportation
☐ Statutory Appeal: Other

☐ Zoning Board
☐ Other:

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☐ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other:

*Updated 1/1/2011*

1/1

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

Mette, Evans and Woodside
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com

```
2017-07617-0000 R#1185600 Fee:$115.75
WRIT OF SUMMONS
Rcpt:2017-112-07618   7/27/2017 10:23:02 AM
David J. Buell  County Prothonotary
```

DARRIN NEUER,                          : IN THE COURT OF COMMON PLEAS
250 North 1st Street, Unit 311         : CUMBERLAND COUNTY, PENNSYLVANIA
Burbank, CA 91502,                     :
                                       :
            Plaintiff,                 : DOCKET NO.: 2017 - 07617 Civil
                                       :
     v                                 : CIVIL ACTION – LAW AND EQUITY
                                       :
THOMAS J. ARTHUR,                      :
3663 Monroe Street                     : JURY TRIAL DEMANDED
Napoleon, IN 47034,                    :
                                       :
     and                               :
                                       :
BILLMAN TRUCKING, INC.,                :
9045 East State Road 48                :
New Point, IN 47263,                   :
                                       :
            Defendants.                :

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

Please issue Writ of Summons in the above-captioned action.

X  Writ of Summons shall be issued and forwarded to Attorney Thomas A. Archer

**Mette, Evans and Woodside**
**3401 North Front Street**
**PO Box 5950**
**Harrisburg, PA 17110**                    _____
**(717) 232-5000**                               Signature of Attorney

                                        Supreme Court ID No. 73293

                                        Date: July 14, 2017

**WRIT OF SUMMONS**

TO THE ABOVE-NAMED DEFENDANTS:

    YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS
COMMENCED AN ACTION AGAINST YOU.

*David D Buell*
Prothonotary

Date: _July 27, 2017_        by *Eeca Mamt*
                                    Deputy

( ) Check here if reverse is issued for additional information.

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

# EXHIBIT "B"

**Mette, Evans and Woodside**
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com

2017-07617.0001 F#1191068 Fee:$0.00
AFFIDAVIT OF SERVICE
Rcpt Z151795  8/22/2017 10:55:12 AM
David O. Buell  County Prothonotary

DARRIN NEUER,

      Plaintiff,

v

THOMAS J. ARTHUR, and BILLMAN
TRUCKING, INC.,

      Defendants.

IN THE COURT OF COMMON PLEAS
CUMBERLAND COUNTY, PENNSYLVANIA

DOCKET NO.: 2017-07617-Civil

CIVIL ACTION – LAW AND EQUITY

JURY TRIAL DEMANDED

## AFFIDAVIT OF SERVICE

I, Thomas A. Archer, Esquire, attorney for Plaintiff, Darrin Neuer, do hereby declare as follows:

1.     I am attorney for Plaintiff and I am authorized to make this Affidavit.

2.     A copy of the Writ of Summons was mailed to Defendant's, Billman Trucking, Inc., last known address of 9045 East State Road 48, New Point, IN 47263, via first-class mail and certified mail, return receipt requested on July 28, 2017. The certified mail was delivered and signed for on July 31, 2017. A copy of the executed green card is attached hereto as Exhibit "A."

3.     A copy of the Writ of Summons was mailed to Defendant's, Thomas J. Arthur, last known address of 3663 Monroe Street, Napoleon, IN 47034, via first-class mail and certified mail, return receipt requested on July 28, 2017. The certified mail was returned as undeliverable on August 4, 2017.

4.     An Accurint search for Defendant, Thomas J. Arthur, was performed on August 4, 2017, which revealed a current address for Defendant, Thomas J. Arthur, of 3663 West Monroe,

Napoleon, IN 47034.

5.      A copy of the Writ of Summons was mailed to Defendant's, Thomas J. Arthur,

most recent address of 3663 West Monroe, Napoleon, IN 47034, on August 4, 2017, via first-

class mail and certified mail, return receipt requested on August 4, 2017.  The certified mail was

delivered and signed for.  A copy of the executed green card is attached hereto as Exhibit "B."

Respectfully submitted:

METTE, EVANS AND WOODSIDE

Dated: August 15, 2017                    By:    _____

Thomas A. Archer, Esquire
Attorney ID: 73293
3401 N. Front Street
Harrisburg, PA 17110
(717) 232-5000
(717) 236-1816 (fax)
taarcher@mette.com
*Attorney for Plaintiff*

Sworn and subscribed before me
on this 18th day of August , 2017.

_____
Notary Public

My commission expires 6/29/19 .

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JESSICA R PORTER
Notary Public
SUSQUEHANNA TWP, DAUPHIN COUNTY
My Commission Expires Jun 29, 2019

2

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

Exhibit
A

Exhibit A

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

   Thomas J. Arthur
   3663 West Monroe
   Napoleon, IN 47034

9590 9402 2730 6351 0915 26

2. Article Number (Transfer from service label)

9489 0090 0027 6011 6158 26

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   T. Arthur

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery  Merchandise
☐ Mail                               ☐ Signature Confirmation™
☐ Mail Restricted Delivery           ☐ Signature Confirmation
                                        Restricted Delivery

Domestic Return Receipt

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

Exhibit
B

Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billman Trucking, Inc.
9045 East State Road, 48
New Point, IN 47263

9590 9402 2730 6351 0915 71

2. Article Number (Transfer from service label)

9489 0090 0027 6011 6158 95

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Freda J. Kegley    ☐ Agent   ☒ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Freda J. Kegley                      7-31-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the foregoing Affidavit of Service upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Billman Trucking, Inc.
9045 East State Road 48
New Point, IN 47263
*Pro Se Defendant*

Thomas J. Arthur
3663 West Monroe
Napoleon, IN 47034
*Pro Se Defendant*

Date:   August 18, 2017

Jessica R. Porter, Paralegal to Thomas A. Archer, Esquire

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/30/2017 4:58 PM, Fee = $0.00

1104344v1

Mette, Evans and Woodside
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com

2017-07617-0000 F#1186800 Fee:$115.75
WRIT OF SUMMONS

Rcpt: 2017-112-01618   7/27/2017 10:23:02 AM
David D. Buell, County Prothonotary

| | |
|---|---|
| DARRIN NEUER,<br>250 North 1st Street, Unit 311<br>Burbank, CA 91502, | : IN THE COURT OF COMMON PLEAS<br>: CUMBERLAND COUNTY, PENNSYLVANIA<br>:<br>: |
|        Plaintiff, | :<br>: DOCKET NO.: 2017 - 07017 CIVIL<br>: |
| v. | : CIVIL ACTION – LAW AND EQUITY<br>: |
| THOMAS J. ARTHUR,<br>3663 Monroe Street<br>Napoleon, IN 47034, | :<br>: JURY TRIAL DEMANDED<br>: |
| and | :<br>: |
| BILLMAN TRUCKING, INC.,<br>9045 East State Road 48<br>New Point, IN 47263, | :<br>:<br>: |
|        Defendants. | :<br>: |

### PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

Please issue Writ of Summons in the above-captioned action.

X  Writ of Summons shall be issued and forwarded to Attorney Thomas A. Archer

**Mette, Evans and Woodside**
**3401 North Front Street**
**PO Box 5950**
**Harrisburg, PA 17110**
**(717) 232-5000**

      Signature of Attorney

Supreme Court ID No. 73293

Date: July 14, 2017

## WRIT OF SUMMONS

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.

David D Buell
_____
Prothonotary

Date: July 27, 2017          by Elica Mamt
_____        _____
                                    Deputy

( ) Check here if reverse is issued for additional information.

1090830v1

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

_____CUMBERLAND_____ County

| For Prothonotary Use Only: |
| --- |
| Docket No: |
| 2017-07617 |

*TIME STAMP*

*The information collected on this form is used solely for court administration purposes.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

Lead Plaintiff's Name:
Darrin Neuer

Lead Defendant's Name:
Thomas J. Arthur, et. al.

**Are money damages requested?** ☒ Yes   ☐ No

Dollar Amount Requested:
(check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes   ☒ No       **Is this an *MDJ Appeal*?** ☐ Yes   ☒ No

Name of Plaintiff/Appellant's Attorney: Thomas A. Archer, Esquire

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:**   Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.**  If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☒ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

Mette, Evans and Woodside
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com



2017-07617-0001 F#1191068 Fee:$0.00
AFFIDAVIT OF SERVICE
Rcpt# Z151795  8/22/2017 10:55:12 AM
David D. Buell, County Prothonotary



| | |
|---|---|
| DARRIN NEUER, | : IN THE COURT OF COMMON PLEAS |
| | : CUMBERLAND COUNTY, PENNSYLVANIA |
| Plaintiff, | : |
| | : DOCKET NO.: 2017-07617-Civil |
| v. | : |
| | : CIVIL ACTION – LAW AND EQUITY |
| THOMAS J. ARTHUR, and BILLMAN | : |
| TRUCKING, INC., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |
| | : |

## AFFIDAVIT OF SERVICE

I, Thomas A. Archer, Esquire, attorney for Plaintiff, Darrin Neuer, do hereby declare as

follows:

1.    I am attorney for Plaintiff and I am authorized to make this Affidavit.

2.    A copy of the Writ of Summons was mailed to Defendant's, Billman Trucking,

Inc., last known address of 9045 East State Road 48, New Point, IN 47263, via first-class mail

and certified mail, return receipt requested on July 28, 2017.  The certified mail was delivered

and signed for on July 31, 2017.  A copy of the executed green card is attached hereto as Exhibit

"A."

3.    A copy of the Writ of Summons was mailed to Defendant's, Thomas J. Arthur,

last known address of 3663 Monroe Street, Napoleon, IN 47034, via first-class mail and certified

mail, return receipt requested on July 28, 2017.  The certified mail was returned as undeliverable

on August 4, 2017.

4.    An Accurint search for Defendant, Thomas J. Arthur, was performed on August 4,

2017, which revealed a current address for Defendant, Thomas J. Arthur, of 3663 West Monroe,

Napoleon, IN 47034.

     5.     A copy of the Writ of Summons was mailed to Defendant's, Thomas J. Arthur,

most recent address of 3663 West Monroe, Napoleon, IN 47034, on August 4, 2017, via first-

class mail and certified mail, return receipt requested on August 4, 2017.  The certified mail was

delivered and signed for.  A copy of the executed green card is attached hereto as Exhibit "B."


                                      Respectfully submitted:

                                      METTE, EVANS AND WOODSIDE

Dated: August 15, 2017              By:          _____

                                      Thomas A. Archer, Esquire
                                      Attorney ID: 73293
                                      3401 N. Front Street
                                      Harrisburg, PA 17110
                                      (717) 232-5000
                                      (717) 236-1816 (fax)
                                      taarcher@mette.com
                                      *Attorney for Plaintiff*


Sworn and subscribed before me
on this 16ᵗʰ day of August , 2017.

_Jessica R. Porter_ (signature)
Notary Public

My commission expires 6/29/19 .


COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JESSICA R PORTER
Notary Public
SUSQUEHANNA TWP, DAUPHIN COUNTY
My Commission Expires Jun 29, 2019

2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas J. Arthur
3663 West Monroe
Napoleon, IN 47034

9590 9402 2730 6351 0915 26

2. Article Number (Transfer from service label)

9489 0090 0027 6011 6158 26

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
T. Arthur

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Frida J. Kelby*   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>*Freda J. Kegley*   7-31-17 |

1. Article Addressed to:

Billman Trucking, Inc.
9045 East State Road, 48
New Point, IN 47263

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2730 6351 0915 71

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9489 0090 0027 6011 6158 95   ricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the foregoing Affidavit of Service upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Billman Trucking, Inc.
9045 East State Road 48
New Point, IN 47263
*Pro Se Defendant*

Thomas J. Arthur
3663 West Monroe
Napoleon, IN 47034
*Pro Se Defendant*

Date:   August 18, 2017

Jessica R. Porter, Paralegal to Thomas A. Archer, Esquire

1104344v1

**YOST & TRETTA, LLP**
BY: JOHN M. CAMPBELL
    MICHAEL F. KERNOSCHAK
IDENTIFICATION NO. 53349/85889
Two Penn Center Plaza
Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 972-6600

ATTORNEYS FOR: Defendants, Thomas J. Arthur and Billman Trucking, Inc.

| | | |
|---|---|---|
| DARRIN NEUER | : | COURT OF COMMON PLEAS |
| | : | CUMBERLAND COUNTY |
| v. | : | |
| | : | CIVIL ACTION |
| THOMAS J. ARTHUR and | : | |
| BILLMAN TRUCKING, INC. | : | NO. 2017-07617 |

<u>**NOTICE OF REMOVAL**</u>

To:   Prothonotary of the
      Court of Common Pleas of
      Cumberland County

        Pursuant to 28 U.S.C. §1446(d), defendants, Thomas J. Arthur and Billman Trucking, Inc., by and through their attorneys, Yost & Tretta, LLP, hereby file a copy of the Notice of Removal filed by the defendants in the United States District Court for the Middle District of Pennsylvania on August 30, 2017.

                        Respectfully submitted,


                        **YOST & TRETTA, LLP**


                  BY:   _John M. Campbell_____
                        John M. Campbell
                        Michael F. Kernoschak
                        Attorneys for Defendants,
                        Thomas J. Arthur and Billman
                        Trucking, Inc.

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/29/2017 2:18 PM, Fee = $0.00

**YOST & TRETTA, LLP**

BY: JOHN M. CAMPBELL                                    ATTORNEYS FOR: Defendants, Thomas J.
    MICHAEL F. KERNOSCHAK                            Arthur and Billman Trucking, Inc.
IDENTIFICATION NO. 53349/85889
Two Penn Center Plaza
Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
(215) 972-6600

| | | |
|---|---|---|
| DARRIN NEUER | : | COURT OF COMMON PLEAS |
| | : | CUMBERLAND COUNTY |
| v. | : | |
| | : | CIVIL ACTION |
| THOMAS J. ARTHUR and | : | |
| BILLMAN TRUCKING, INC. | : | NO. 2017-07617 |

**ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

    Kindly enter our appearance as attorneys for defendants, Thomas

J. Arthur and Billman Trucking, Inc., in the above-captioned matter.


                    **YOST & TRETTA, LLP**


                    BY: _____
                         John M. Campbell
                         Michael F. Kernoschak
                         Attorneys for Defendants,
                         Thomas J. Arthur and Billman
                         Trucking, Inc.

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/29/2017 3:29 PM, Fee = $0.00

Case# 2017-07617- Received at Cumberland County Prothonotary Office on 08/29/2017 3:30 PM, Fee = $0.00

**YOST & TRETTA, LLP**

BY: JOHN M. CAMPBELL            ATTORNEYS FOR: Defendants, Thomas J.
    MICHAEL F. KERNOSCHAK         Arthur and Billman Trucking, Inc.
IDENTIFICATION NO. 53349/85889
Two Penn Center Plaza
Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 972-6600

| | | |
|---|---|---|
| DARRIN NEUER | : | COURT OF COMMON PLEAS |
| | : | CUMBERLAND COUNTY |
| v. | : | |
| | : | CIVIL ACTION |
| THOMAS J. ARTHUR and | : | |
| BILLMAN TRUCKING, INC. | : | NO. 2017-07617 |

## DEMAND FOR JURY TRIAL

Defendants, Thomas J. Arthur and Billman Trucking, Inc., by and through their attorneys, Yost & Tretta, LLP, hereby request a trial by a jury of twelve members plus two alternates.

                            **YOST & TRETTA, LLP**

                    BY: _____
                         John M. Campbell
                         Michael F. Kernoschak
                         Attorneys for Defendants,
                         Thomas J. Arthur and Billman
                         Trucking, Inc.