# EXHIBIT A

Mette, Evans and Woodside
By: Thomas A. Archer, Esquire
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110
(717) 232-5000
taarcher@mette.com

FILED-OFFICE
OF THE PROTHONOTARY
2017 JUL 27 AM 10:31
CUMBERLAND COUNTY
PENNSYLVANIA

| | |
|---|---|
| DARRIN NEUER,<br>250 North 1st Street, Unit 311<br>Burbank, CA 91502,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. ARTHUR,<br>3663 Monroe Street<br>Napoleon, IN 47034,<br><br>and<br><br>BILLMAN TRUCKING, INC.,<br>9045 East State Road 48<br>New Point, IN 47263,<br><br>    Defendants. | : IN THE COURT OF COMMON PLEAS<br>: CUMBERLAND COUNTY, PENNSYLVANIA<br>:<br>:<br>:<br>: DOCKET NO.: 2017-07617 civil<br>:<br>: CIVIL ACTION – LAW AND EQUITY<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

Please issue Writ of Summons in the above-captioned action.

X  Writ of Summons shall be issued and forwarded to Attorney Thomas A. Archer

**Mette, Evans and Woodside**
**3401 North Front Street**
**PO Box 5950**
**Harrisburg, PA 17110**
**(717) 232-5000**

_____
Signature of Attorney

Supreme Court ID No. 73293

Date: July 14, 2017

## WRIT OF SUMMONS

TO THE ABOVE-NAMED DEFENDANTS:

   YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.

                                        _David D Buell_
                                        Prothonotary

Date: _July 27, 2017_      by _Erica M Ault_
                                                             Deputy

( ) Check here if reverse is issued for additional information.

1090830v1

**TRUE COPY FROM RECORD**
In Testimony whereof, I here unto set my hand and the seal of said Court at Carlisle, Pa.
This _27_ day of _July_, 20 _17_
_Allegra Murady_, DPTY
                         Prothonotary