# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRIN NEUER,** | : | **CIVIL ACTION NO. 1:17-CV-1547** |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| **THOMAS J. ARTHUR and BILLMAN TRUCKING, INC.,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 1st day of February, 2018, upon consideration of plaintiff's motion (Doc. 9) for remand, it is hereby ORDERED that said motion is GRANTED. The Clerk is directed to remand this matter to the Cumberland County Court of Common Pleas and a certified copy of this Order of remand shall be mailed to the Prothonotary of the State Court.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania