*OFFICE OF THE CLERK*

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices*



*Maria E. Elkins*
*Clerk of Court*

*(570) 207-5600 FAX (570) 207-5650*
*Internet address: www.pamd.uscourts.gov*

*Harrisburg:   (717) 221-3920*
*Williamsport: (570) 323-6380*

February 1, 2018

**FILED HARRISBURG, PA**
**FEB 09 2018**
Per _____ Deputy Clerk

**VIA U.S. MAIL (Certified RRR)**
Dale Sabadish, Prothonotary
Cumberland County Court of Common Pleas
One Courthouse Square
Suite 100
Carlisle, PA 17013

   IN RE: <u>Darrin Neuer v. Thomas J. Arthur, et al.</u>
       U.S.D.C. Middle District of PA Civil Action No. 1:17-CV-1547
       CCCP Docket No. 2017-07617 Civil

Dear Mr. Sabadish:

   Enclosed please find a certified copy of the order issued by our court, on this date, remanding this matter to your court, as well as a certified copy of our docket sheet and record.

   Please acknowledge receipt of these items at the bottom portion of this letter and return a copy of the same to our offices, at your earliest convenience.

   Thank you for your kind attention to this matter.

                                        Very truly yours,

                                        PETER WELSH, ACTING CLERK

                                        Kimberly A. McKinney
                                        Deputy Clerk

Enclosures

**RECEIPT**

I hereby acknowledge receipt this ___2nd___ day of ___Feb___, 2018.

_____
SIGNATURE